### TITUS v. SPENCER.

(Supreme Court, Appellate Term, First Department. May 7, 1914.)

WITNESSES (§ 159*)—COMPETENCY.

    In an action against the estate of a decedent, it is improper, under Code Civ. Proc. § 829, to allow plaintiff to testify as to the value of services rendered to the decedent.

    [Ed. Note.—For other cases, see Witnesses, Cent. Dig. §§ 629, 664, 666–669, 671–682; Dec. Dig. § 159.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Action by Edward C. Titus against Lydia A. Spencer, as executrix of the last will and testament of Armon Spencer, deceased. From a judgment for plaintiff, defendant appeals. Reversed and remanded.

See, also, 145 N. Y. Supp. 40.

Argued April term, 1914, before GUY and WHITAKER, JJ.

William H. Darrow, of New York City, for appellant.

Booth & Ellis, of New York City, for respondent.

PER CURIAM. We think that it was error. to admit, over the objection of defendant, the evidence of the plaintiff as to the value of his services rendered to the deceased. Such testimony was within the inhibition of section 829 of the Code of Civil Procedure.

Judgment reversed, and a new trial ordered, with costs to appellant to abide the event.

PAGE, J., taking no part.